# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

AMY RAMEAU, ESQ.*                        *Admitted in New York, New Jersey,
Eastern and Southern Districts of New York

AFSAAN SALEEM, ESQ.+                      +Admitted in New York,
Eastern and Southern Districts of New York

                                                  +Admitted in New York
JOSEPH RUSSO, ESQ.+                        Eastern District of New York

November 4, 2016

**VIA ECF**

Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    Krishtian Lopez v. City of New York, et al.,
                15 CV 999 (AMD)(RLM)

Your Honor:

      I represent the plaintiff in the above-captioned action. I write to state that in lieu of opposing defendants' partial motion for summary judgment to dismiss plaintiff's state law claims, plaintiff hereby withdraws his assault and battery state law claims. The only claim remaining to be tried is his excessive force claim against the individual defendant Ricardo Martinez. Accordingly, the plaintiff will also voluntarily discontinue his claim against the City of New York as there no longer remain any claims against it.

                                                           Sincerely,

                                                           Afsaan Saleem, Esq.

cc: ACC Susan Scharfstein

Tel: (718) 852-4759
       (718) 875-1173
Fax: (718) 875-5440

therameaulawfirm.com